

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-16-00337-CV

_____

MARY CUMMINS, APPELLANT

V.

AMANDA LOLLAR, APPELLEE

On Appeal from the County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2015-002259-3; Honorable Mike Hrabal, Presiding

October 5, 2016

## ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

This is an interlocutory appeal pursuant to section 51.014(a)(12) of the Texas Civil Practice and Remedies Code (West Supp. 2016), wherein Appellant, Mary Cummins, seeks to appeal the trial court's order denying her motion to dismiss the proceedings presently pending in Tarrant County trial court cause number 2015-002259-3. Originally filed in the Second Court of Appeals, this appeal was transferred to this court on September 15, 2016, pursuant to an order of the Texas Supreme Court.

Prior to that transfer, on August 22, 2016, the Second Court of Appeals entered an order granting *Appellant's Motion for Extension, Request for Court Records* filed August 18, 2016. That order stated that "[a] copy of the appellate record for purpose of preparing appellant's brief is enclosed." The order also stated that Cummins's brief was due Friday, September 30, 2016.

Pending before this court is a second motion, also entitled *Appellant's Motion for Extension, Request for Court Records* filed September 30, 2016. Although the motion is unclear, because the Second Court of Appeals has previously provided Cummins the entire appellate record, we perceive the motion as simply requesting additional time to prepare and file her brief. While she only requests an extension of one week, we grant her motion and extend the deadline for filing her brief until Friday, October 21, 2016. All other relief requested, if any, is denied.

Also filed with this court is a document entitled *Appellant's Notice Request Court Records* filed October 3, 2016. To the extent that Cummins is seeking to supplement the appellate record before this court pursuant to Rule 34.5(c) of the Texas Rules of Appellate Procedure, we direct her to address her request to the trial court clerk.

It is so ordered.

Per Curiam